UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 SEP 18 P 2:37

DEPUTY CLERK

SHARLENE PARKER

VERSUS

STATE OF LOUISIANA DEPARTMENT
OF EDUCATION SPECIAL SCHOOL
DISTRICT

CIVIL ACTION

NO. 07-369-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 23, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss, or in the alternative, Motion for More Definite Statement (rec.doc.8) filed by the defendant, the Louisiana Department of Education, Special School District, is denied as moot.

Baton Rouge, Louisiana, September  18 , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA