UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
LA
2008 FEB -7 A 10: 32

SHARLENE PARKER

VERSUS

STATE OF LOUISIANA DEPARTMENT
OF EDUCATION SPECIAL SCHOOL
DISTRICT

CIVIL ACTION

NO. 07-369-RET-CN

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 9, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss Amended Complaint, or in the Alternatice, Motion for More Definite Statement (rec.doc.15) filed by defendant, the Louisiana Department of Education, Special School District, is DENIED.

Baton Rouge, Louisiana, February 7, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA