UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARLENE PARKER

VERSUS

STATE OF LOUISIANA DEPARTMENT
OF EDUCATION SPECIAL SCHOOL
DISTRICT

CIVIL ACTION

NO. 07-369-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 12, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment (rec.doc.30) filed by defendant, the Louisiana Department of Education, Special School District, will be granted, and this matter will be dismissed with prejudice. Further, the defendant will be awarded its reasonable attorney's fees incurred in defending against this action pursuant to 42 U.S.C § 2000e-5(k). The motion to deny motion for summary judgment or defer ruling on same under Fed. R. Civ. P. 56(f) (rec.doc. 31) filed by plaintiff, Sharlene Parker, is denied as moot.

Baton Rouge, Louisiana, September 18, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA