UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARLENE PARKER

VERSUS

STATE OF LOUISIANA DEPARTMENT
OF EDUCATION SPECIAL SCHOOL
DISTRICT

CIVIL ACTION

NO. 07-369-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion for summary judgment (rec.doc.30) filed by defendant, the Louisiana Department of Education, Special School District, is granted, and this matter will be dismissed with prejudice.

Further, the defendant will be awarded its reasonable attorney's fees incurred in defending against this action pursuant to 42 U.S.C § 2000e-5(k).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September 18, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA